1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

9   NAUTICA CONDOMINIUM OWNERS
    ASSOCIATION, a Washington non-profit          Case No. C15-1788RSM
10  corporation,

11                        Plaintiff,

    v.
12

13  ASPEN SPECIALTY INSURANCE
    COMPANY, a North Dakota corporation, *et.*
14  *al*.

                          Defendants.
15

16  NAUTICA CONDOMINIUM OWNERS
    ASSOCIATION, a Washington non-profit          Case No C16-1983RSM
17  corporation,

18                        Plaintiff,

    v.
19

20  UNITED STATES FIRE INSURANCE CO.,
    *et al.*
21

22                        Defendants.

23

24

25

26

STIPULATED MOTION AND ORDER FOR          STEIN, SUDWEEKS & HOUSER, PLLC
CONSOLIDATION OF RELATED ACTIONS                  2701 FIRST AVENUE, SUITE 430
                                                        SEATTLE, WA 98121
                                          PHONE 206.388.0660  FAX 206.286.2660

| | |
|---|---|
| NAUTICA CONDOMINIUM OWNERS ASSOCIATION, a Washington non-profit corporation,<br><br>                 Plaintiff,<br>v.<br><br>COMMONWEALTH INSURANCE COMPANY OF AMERICA., *et al.*<br><br>               Defendants. | C17-0082RSM<br><br>STIPULATED MOTION AND ORDER FOR CONSOLIDATION OF RELATED ACTIONS UNDER FRCP 42(a)(2) |

## I.      STIPULATION

Plaintiff Nautica Condominium Owners ("Association"); Hartford Fire Insurance Company, Great American E & S Insurance Company; Commonwealth Insurance Company of America; Chubb Custom Insurance Company; and U.S. Fire Insurance Company collectively the "Defendants", hereby stipulate as follows:

1.      The cases *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al*., Western District of Washington Cause No. 2:15-cv-01788-RSM; *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-JLR; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al*., Western District of Washington Cause 2:17-cv-00082-TSZ, involve claims for insurance coverage for alleged damage to the Nautica Condominium building.

2.      The cases share common issues of fact and law as to liability and damages. The cases also involve many of the same lay and expert witnesses, Association records, and other documentary evidence.

3.      Consolidating the cases for trial under Fed. R. Civ. P. 42(a)(2) will promote efficiency and conserve judicial resources. It will also conserve the parties' resources, as it will avoid duplicative discovery.

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

4.     Pursuant to LCR 42(a) The Association and all Defendants stipulate that the later filed lawsuits cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM

5.     The Association and all Defendants agree that the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM BJR shall be amended to add all Defendants.

6.     *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM, is currently set for a jury trial on September 11, 2017.  Case schedules for cause No. 2:16-cv-01983-JLR; and 2:17-cv-00082-TSZ have not been set.

7.     The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule.  The parties agree and request that the case schedule for 2:15-cv-01788-RSM shall govern this lawsuit, and that this case schedule and its deadlines be extended in a way consistent with a March 27, 2018 trial date or a date soon thereafter.

8.     The Association and all Defendants who have appeared in the three lawsuits have met and conferred regarding this Stipulation and Proposed Order, as called for in LCR 42(b).

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

DATED 03/06/17          By  /s/ Daniel Stein
                        Justin Sudweeks, WSBA #28755
                        Daniel Houser, WSBA 32327
                        Daniel Stein, WSBA #48739
                        Stein, Sudweeks & Houser, PLLC
                        Attorneys for Plaintiff Nautica Condominium Owners
                        Association

DATED 03/06/17          By  /s/ Daniel Stein, WSBA# 48739 for Jillian Hinman via
                        email authorization
                        Matthew Adams, WSBA #18820
                        Jillian Hinman, WSBA #40665
                        Forsberg & Umlauf
                        Attorneys for Defendant Hartford Fire Insurance Co.

DATED 03/06/17          By  / s/ Daniel Stein, WSBA# 48739 for Owen Mooney via
                        email authorization
                        Daniel Rahn Bentson, WSBA #36825
                        Owen Mooney, WSBA #45779
                        Bullivant Houser Bailey, PC
                        Attorneys for Defendant Great American E & S Insurance
                        Company

DATED 03/06/17          By  /s/ Daniel Stein, WSBA# 48739 for Stephania Denton via
                        email authorization
                        Stephania C. Denton, WSBA No. 21920
                        1420 Fifth Ave., Suite 4200
                        Seattle, WA 98111
                        Attorneys for Defendant Commonwealth Insurance Company
                        of America

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660 FAX 206.286.2660

DATED 03/06/17        By _/ s/ Daniel Stein, WSBA# 48739 for Matt Erickson via
                         email authorization_
                      Thomas Lether, WSBA #18089
                      Matt Erickson, WSBA #43790
                      1848 Westlake Avenue N, Suite 100
                      Seattle, WA 98109
                      P: (206) 467-5444/F: (206) 467-5544
                      tlether@letherlaw.com
                      eneal@letherlaw.com
                      Attorneys for Defendant U.S. Fire Insurance Company

DATED 03/06/17        By  _/s/ Daniel Stein, WSBA# 48739 for John Williams via
                         email authorization_
                      John L. Williams (WSBA 39653)
                      Cozen O'Connor
                      999 Third Avenue, 19th Floor
                      Seattle, WA 98104
                      206-340-1000
                      jlwilliams@cozen.com
                      Attorneys for Chubb Custom Insurance Company

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660

## II.   ORDER

Based on the foregoing Stipulation, it is hereby ORDERED:

1)      That *Nautica Condominium Owners Association v. U.S. Fire Insurance Company et al.*, Western District of Washington Cause No. 2:16-cv-01983-RSM; and *Nautica Condominium Owners Association v. Commonwealth Insurance Company of America et al.*, Western District of Washington Cause No. 2:17-cv-00082-RSM shall be consolidated into the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM.

2)      That the caption for the current case: *Nautica Condominium Owners Association v. Aspen Specialty Insurance Company et al.*, Western District of Washington Cause No. 2:15-cv-01788-RSM be amended to add all Defendants.

3)       The parties agree that trial shall take place on March 27, 2018 or as soon thereafter as permitted by the Court's schedule.  The case schedule for 2:15-cv-01788-RSM shall govern this lawsuit and be amended to reflect a March 27, 2018, trial date, or a date soon thereafter, with its deadlines therein extended in a way consistent with the new trial date.

4)      The Clerk shall post a copy of this order in 2:15-cv-01788-RSM, 2:16-cv-01983-RSM, and 2:17-cv-00082-RSM.

DATED this 8 day of March, 2017.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR
CONSOLIDATION OF RELATED ACTIONS

STEIN, SUDWEEKS & HOUSER, PLLC
2701 FIRST AVENUE, SUITE 430
SEATTLE, WA 98121
PHONE 206.388.0660  FAX 206.286.2660